# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>HOKU CORPORATION,<br><br>          Debtor.<br>————————————————<br>GARY L. RAINSDON, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>            v.<br><br>PILGRIM INSTRUMENT &<br>CONTROLS, INC., a Massachusetts<br>corporation, and John Does 1 through 10,<br><br>    Defendants. | Case No. 4:15-cv-393-BLW<br><br>**ORDER OF DISMISSAL** |

Based on a stipulation of the parties filed in bankruptcy court, the bankruptcy court previously entered an Order Dismissing Adversary Proceeding. *See* Dkt. 36 in Case No. 15-8037-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the above-captioned adversary proceeding is dismissed with prejudice as to all defendants and claims for relief, with each party to bear its own fees and costs.



DATED: November 16, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court